George Mitchell, Respondent, v. Gabriel Salant, Appellant.— Judg-

---

* Added by Laws of 1914, chap. 443.— [REP.

ment and order reversed and new trial granted, costs to abide the event, upon the sole ground of the erroneous proceeding by plaintiff's trial counsel in asking a prospective juror a question based upon the stated contingency " if it should transpire that an insurance company was interested in the case." Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ., concurred.